Dr David Tribula
1931 SE 36th Ter
Cape Coral, Florida
33904
732 539 5776
DLTRIBULA@gmail.



Ferron v. Kraft Heinz Foods Company, Case No. 20-cv-62136 pending in the United States District Court for the Southern District of Florida.

Dear Sir/Madam

My name is Dr. David Tribula.
I have purchased the aforementioned product for many years. So I believe I belong to tier 1.
I will be at the fairness hearing without counsel. If you so wish. Why I should appear I do not know.
I do not have any documents. Just a clear mind and sense of what is right.
I would like to file an objection to this litigation.
Although it is disappointing that a large company as this would try to mislead the public it is obvious all this suit does is line the pockets of the attorneys. A more appropriate settlement would be to make the company give substantially more in each package for a certain period and give the attorneys nothing. I am sure at some point in this litigation the attorneys purported to do this as a service to protect the public good from the large corporations.
The insignificant dollar amount each person receives is laughable . If you do as I suggested you not only will be lauded by the public but will set a very important precedent.

My name is Dr David Tribula
1931 SE 36th Ter
Cape Coral, Florida
33904
732 539 5776
DLTRIBULA@gmail.com

TRIBUJA
1931 SE 3rd Terr
CAPE CORAL FLORIDA
33901

FT MYERS FL 339
22 MAR 2021 PM 1 L

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE
MIAMI FLORIDA
33128-1835982

USMS
INSPECTED
RECEIVED